AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 22 2017

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

ERIC MULTINE, year of birth 1985

*Defendant(s)*

)
)
)   Case No.  17-MJ-3456
)
)
)
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 20, 2017   in the county of   San Juan   in the   District of   New Mexico  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 922(g)(1) | Unlawful Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey T. Wright, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 22, 2017

_____
*Judge's signature*

City and state:   Farmington, New Mexico

B. Paul Briones, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 17-mJ-3456 |
| VS ) | |
| ) | AFFIDAVIT IN SUPPORT OF |
| ERIC MULTINE ) | ARREST WARRANT |
| Year of birth: 1985 ) | |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR AN ARREST WARRANT**

I, Jeffrey T. Wright, being duly sworn, do hereby depose and state:

INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for arrest warrant for ERIC MULTINE, (hereinafter referred to as MULTINE), date of birth January 3, 1985.

2. I am a Special Agent (SA) with the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been employed as such for approximately 9 years. I am currently assigned to the Albuquerque Division of the FBI, Farmington Resident Agency, located in Farmington, New Mexico. My primary responsibilities include investigating crimes occurring in Indian Country within the District of New Mexico, including violent crimes such as homicide, aggravated assault, kidnapping, and child sexual assault.

3. The information set forth in this affidavit has been derived from an investigation conducted by Special Agents of the FBI, Criminal Investigators (CI) of the Navajo Department of Public Safety, and/or communicated to me by other law enforcement officers and witnesses. The following information does not contain all items known to me but rather is intended to establish that probable cause exists to believe criminal offenses were committed within the special jurisdiction of Indian Country. During the course of the investigation the following information was obtained:

PROBABLE CAUSE

4. On the afternoon of December 20, 2017, at approximately 3:20 p.m., CI Jefferson Joe notified your Affiant of a dispatch call regarding shots fired within the G-section of the South non-profit Navajo Housing Authority (NHA) residences of Shiprock, New Mexico, located with the exterior boundaries of the Navajo Nation Indian Reservation. The

initial reporting party contacted the Navajo Police Department (NPD) at approximately 2:50 p.m., stating that gunshots were overheard near the Nizhoni Elementary School.

5. According to multiple witnesses, after overhearing several gunshots outside the G-section residences, a male individual was observed walking northbound along School House Road as he fumbled with a handgun. The male was described as wearing a black jacket and blue jeans and being bald. Approximately eight .45-caliber shell casings were subsequently collected by law enforcement officers along School House Road.

6. A short time later, additional gunshots were overheard to the north of the initial scene. Approximately six .45-caliber shell casings were subsequently collected outside a residence near Tachiinii Boulevard and Kiniichiinii Drive. Two large projectiles were also found and removed from the exterior wall of one of the residences.

7. Responding NPD Officers searched the area and observed a male individual who matched the description provided by witnesses and was walking near the northern end of Kiniichiinii Drive. The male had crossed over a fence-line and was observed walking northbound toward N570 when he was approached by officers and given commands to stop. Although he was initially non-compliant, NPD Officers successfully detained the man and thereafter identified him as ERIC MULTINE, Navajo male, date of birth January 3, 1985. A .45-caliber Norinco handgun, Model 1911A1, bearing serial number 509531, was located by NPD Officers within MULTINE's pocket. MULTINE was subsequently arrested by NPD Officers and taken into tribal custody. One live .45 caliber round of ammunition was subsequently located on the ground near the fence-line.

8. MULTINE was previously convicted on April 21, 2010, of a felony violation of Possession of a Firearm During and in Relation to a Crime of Violence. He was subsequently sentenced on July 30, 2010, to five years incarceration and 3 years supervised release.

## CONCLUSION

9. Based upon the aforementioned facts provided in this affidavit, your Affiant respectfully submits there is probable cause to believe that on the afternoon of December 20, 2017, ERIC MULTINE, a known convicted felon, was in possession of a firearm, in violation of Title 18 United States Code (USC) §§ 922(g)(1), the unlawful possession of a firearm by a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year.

10. Your Affiant swears this information to be true and correct to the best of his knowledge and belief.

11. Supervisory Assistant United States Attorney Kyle Nayback, United States Attorney's Office, District of New Mexico, reviewed this affidavit and approved federal prosecution.

Respectfully Submitted,

SA Jeffrey T. Wright
Federal Bureau of Investigation
Albuquerque Division

Subscribed and sworn to
Before me on this 22 day
Of December, 2017

UNITED STATES MAGISTRATE JUDGE