FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 16 2018
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-771 WJ |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. § 922(g)(1): Felon in |
| | ) | Possession of a Firearm and Ammunition. |
| ERIC MULTINE, | ) | |
| | ) | Count 2: 18 U.S.C § 922(q)(3)(A): |
| Defendant. | ) | Discharge of a Firearm in a School Zone. |

**INFORMATION**

The United States Attorney charges:

Count 1

On or about December 20, 2017, in San Juan County, in the District of New Mexico, the defendant, **ERIC MULTINE**, a person who has been previously convicted of the crime of Possession of a Firearm During and in Relation to Crime of Violence, a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

Count 2

On or about December 20, 2017, in San Juan County, in the District of New Mexico, the defendant, **ERIC MULTINE,** did knowingly discharge a firearm that had moved in interstate commerce, and did so within a distance of 1,000 feet of the grounds of Nizhoni Elementary School, a place that the defendant knew and had reasonable cause to believe was a school zone.

In violation of 18 U.S.C. § 922(q)(3)(A).

JOHN C. ANDERSON
United States Attorney

*[signature]*

KYLE T. NAYBACK
Supervisory Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274